UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD DWAYNE JOHNSON,       )
                              )
           Petitioner,        )   Case No. 4:06-cv-7
                              )
v.                            )   Honorable Robert Holmes Bell
                              )
JOHN PRELESNIK,               )
                              )
           Respondent.        )
_____)

## JUDGMENT

In accordance with the memorandum opinion entered this day:

IT IS ORDERED that Petitioner's objections to the report and recommendation (docket # 3) are hereby OVERRULED.

IT IS FURTHER ORDERED that the report and recommendation of the magistrate judge (docket #2) is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED that this action is DISMISSED as untimely pursuant to 28 U.S.C. § 2241(d)(1).


Date:   February 24, 2006            /s/ Robert Holmes Bell
                                     ROBERT HOLMES BELL
                                     CHIEF UNITED STATES DISTRICT JUDGE